UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR HUGO OROZCO,<br><br>Defendant. | Case No. 3:13-cr-00048-MMD-WGC<br><br>ORDER |

Before the Court is Defendant Victor Hugo Orozco's letter to the Court requesting appointment of new counsel (dkt. no. 35). Pursuant to Local Rule IA 10-6, a party who is represented by counsel may not appear or act in the case. Therefore, Defendant's request will be DENIED as it is procedurally barred. However, counsel for Defendant is directed to meet and confer with his client to determine if there is any reason why counsel believes he would not be able to meaningfully represent Defendant further in these proceedings. Upon the request of Defendant's counsel, the Court will conduct a sealed status conference concerning this issue.

DATED THIS 29th day of August 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE